IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

GENE HAMBRICK,

    Plaintiff,

v.

CALVIN MORTON, Warden;
DEWAYNE EVERETTE, and
JASON JONES,

    Defendants.

CIVIL ACTION NO.: CV507-105

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion for Summary Judgment filed by Defendant Morton is **DENIED**.

**SO ORDERED**, this 19 day of June, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE